1    BILL ROBINS III (SBN: 296101)
*robins@heardrobins.com*
2    OLGA VINER (SBN: 282423)
*oviner@heardrobins.com*
3    HEARD ROBINS CLOUD LLP
808 Wilshire Blvd., Suite 450
4    Santa Monica, CA 90401
Telephone: (310) 929-4200
5    Facsimile: (310) 566-5900

6    ALEXANDER G. CALFO (SBN: 152891)
*Alexander.calfo@btlaw.com*
7    GABRIELLE J. ANDERSON-THOMPSON
*Gabrielle.anderson-thompson@btlaw.com*
8    SARAH E. JOHNSTON (SBN: 259504)
*Sarah.johnston@btlaw.com*
9    BARNES & THORNBURG LLP
2029 Century Park East, Suite 300
10    Los Angeles, CA 90067
Telephone: (310) 284-3880
11    Facsimile: (310) 284-3894

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LORI LYNN STREET,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHNSON & JOHNSON, et al.,<br><br>        Defendants. | Case No. 3:15-cv-00175-VC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>*[Filed concurrently with Declaration of Bill Robins III]*<br><br>*[Assigned to the Hon. Vince Chhabria]* |

CASE NO. 3:15-cv-00175-VC

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

IT IS SO STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:

1. A Case Management Conference has been set for April 21, 2015, at 10:00 a.m., in Courtroom 4 of the above-entitled Court, in the following cases:

- *Lori Lynn Street v. Johnson & Johnson, et al.*, Case No.: 3:15-cv-00175-VC[1];
- *Sheila Ellis v. Johnson & Johnson, et al.*, Case No.: 3:14-cv-05669-VC;
- *Windy Garland v. Johnson & Johnson, et al.*, Case No.: 3:14-cv-05440-VC; and
- *Donna Pritchard v. Johnson & Johnson, et al.*, Case No.: 3:14-cv-05593-VC.

2. Lead counsel for Plaintiff, Lori Lynn Street, Bill Robins III, is scheduled to be on vacation from April 20, 2015 to May 1, 2015 and seeks to continue the Case Management Conference so that he may appear in person.

3. The parties agree that the Initial Case Management Conference currently set for April 21, 2015, at 10:00 a.m., shall be continued to May 5, 2015, at 10:00 a.m., or at the next available date that is convenient for the Court.

4. No later than seven calendar days before the Case Management Conference, the parties shall file a Joint Case Management Statement and Proposed Case Management Order in conformity with the Standing Order for All Judges of the Northern District of California. The parties should also consult the Court's standing orders before filing the Case Management Statement.

IT IS SO STIPULATED.

Dated: April 1, 2015          **HEARD ROBINS CLOUD LLP**

By: /s/ Bill Robins III
    Bill Robins III
    Attorneys for Plaintiff

---

[1] The instant Stipulation applies to the *Street* action, but identical Stipulations will be filed in all four actions.

Dated:  April 1, 2015  **BARNES & THORNBURG LLP**

By: /s/ Sarah E. Johnston
   Sarah E. Johnston
   Attorneys for Defendants

- 3 -   CASE NO. 3:15-cv-00175-VC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE

1 **[PROPOSED] ORDER**

2   Having read and considered the Parties' Stipulation to Continue Case Management
3 Conference and accompanying Declaration of Bill Robins III,

4   PURSUANT TO STIPULATION, the Court hereby resets the Initial Case Management
5 Conference to  May 5  , 2015 at  10:00 a.m.  in Courtroom 4, 17th Floor, 450 Golden
6 Gate Avenue, San Francisco, CA 94102.

7   IT IS FURTHER ORDERED that no later than 7 calendar days before the Initial Case
8 Management Conference, the parties shall file a Joint Case Management Statement and Proposed
9 Case Management Order in conformity with the Standing Order for All Judges of the Northern
10 District of California. The parties should also consult Judge Chhabria's standing orders before
11 filing the Case Management Statement.

13   Dated:  April 3  , 2015

    The Honorable Vince Chhabria
    United States District Court Judge

28  - 4 -                                                CASE NO. 3:15-cv-00175-VC
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE