ALEXANDER G. CALFO (SBN 152891)
alexander.calfo@btlaw.com
SARAH E. JOHNSTON (SBN 259504)
sarah.johnston@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California 90067
Telephone: (310) 284-3880
Facsimile: (310) 284-3894

Attorneys for Defendants
JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC; JANSSEN PHARMACEUTICALS, INC.; McKESSON CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORI LYNN STREET;<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON & JOHNSON; JANSSEN RESEARCH & DEVELOPMENT, LLC; JANSSEN PHARMACEUTICALS, INC.; MCKESSON CORPORATION;<br><br>Defendants. | Case No. 3:15-cv-00175-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO TRANSFER ENTIRE ACTION TO THE DISTRICT OF ARIZONA**<br><br>Complaint Filed: January 13, 2015 |

///
///
///
///
///
///
///

3:15-cv-00175-JD

STIPULATION AND [PROPOSED] ORDER TO TRANSFER ENTIRE ACTION
TO THE DISTRICT OF ARIZONA

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

IT IS HEREBY STIPULATED BY AND BETWEEN THE UNDERSIGNED PARTIES THAT:

1. Plaintiff Lori Lynn Street ("Plaintiff"), a resident of Arizona, initiated this action in the Northern District of California on January 13, 2015 against Defendants Johnson & Johnson; Janssen Research & Development, LLC; Janssen Pharmaceuticals, Inc.; and McKesson Corporation ("Defendants") (*see* Dkt. 1);

2. On February 20, 2015, this case was deemed related to three other actions pending before this Court, including (1) *Grossman v. Johnson & Johnson et al.*, Case No. 14-03557-VC; and (2) *Lampard et al. v. Johnson & Johnson et al.*, Case No. 14-04983-VC (*see* Dkt. 20);

3. On April 13, 2015, this Court issued an Order pursuant to 28 U.S.C. § 1404(a), transferring the *Grossman* and *Beverly* actions from the Northern District of California to the District Courts of the respective plaintiffs' home states of Maryland and New York, on the grounds that the convenience of the parties and witnesses would be better served by adjudicating the plaintiffs' claims in their home states (*see Grossman* Dkt. 64; *Lampard* Dkt. 43);

4. On April 22, 2015, Plaintiff's counsel and Defendants' counsel met and conferred. Defendants' counsel advised Plaintiff's counsel of Defendants' intent to move for a similar order transferring the instant action from the Northern District of California to the District of Arizona. The parties agreed that the interests of judicial economy would be served if the parties entered a stipulation of transfer, rather than adjudicating the issue via motion.

5. Therefore, the parties hereby stipulate that the instant action is properly transferred pursuant to 28 U.S.C. § 1404(a) for all further proceedings to the District of Arizona.

IT IS SO STIPULATED.

Dated:  April 22, 2015

**HEARD ROBINS CLOUD LLP**

By: /s/ Bill Robins III
Bill Robins III
Olga Viner
Attorneys for Plaintiff

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 1 -                                          3:15-cv-00175-JD
STIPULATION AND [PROPOSED] ORDER TO TRANSFER ENTIRE ACTION
TO THE DISTRICT OF ARIZONA

Dated: April 22, 2015						**BARNES & THORNBURG LLP**


							By: /s/ Sarah E. Johnston
							Alexander G. Calfo
							Sarah E. Johnston
							Attorneys for Defendants
							JOHNSON & JOHNSON; JANSSEN
							RESEARCH & DEVELOPMENT, LLC;
							JANSSEN PHARMACEUTICALS, INC.;
							McKESSON CORPORATION


**Attestation Pursuant to Civil Local Rule 5.1(i)**

Pursuant to Civil Local Rule 5.1(i), I, Sarah E. Johnston, hereby attest that I have obtained concurrence in the filing of this document from the other signatories to this document.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct. Executed on April 22, 2015 at Los Angeles, California.


							/s/ Sarah E. Johnston
							Sarah E. Johnston

1

~~[PROPOSED]~~ **ORDER**

2

3   Having read and considered the Parties' Stipulation and [Proposed] Order Transfer Entire

4   Action to the District of Arizona, PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6   Dated:   April 24, 2015

7

8                                          _____
                                           The Honorable Vince Chhabria
                                           United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

3:14-cv-03557

STIPULATION AND [PROPOSED] ORDER TO TRANSFER ENTIRE ACTION
TO THE DISTRICT OF ARIZONA